SAVANNAH AND STATESBORO RAILWAY COMPANY *v.* DEAL.

LITTLE, J. There being no complaint that any error of law was committed, and the evidence as a whole being sufficient to support the verdict as reduced under the order of the court directing that so much of the same as embraced a recovery of attorney's fees be written off, it does not appear that the trial court abused its discretion in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 23, 1902.

Action for damages. Before Judge Evans. Bulloch superior court. December 11, 1901.

*J. A. Brannen* and *Groover & Johnston*, for plaintiff in error. *Moore & Deal*, contra.